IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHESTER PAUL BROWN, )
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　) Civil No. 05-1303-TC
　v. )
　　　　　　　　　　　　　　　　　) ORDER
GUY HALL, )
　　　　　　　　　　　　　　　　　)
　　　　　Defendant. )
　　　　　　　　　　　　　　　　　)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on August 24, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1　　- ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#1) is denied without prejudice. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this 4th day of OCT., 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE